FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  v.<br><br>Emilio Prado-Medina   Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions)<br><br>6-CR-541 |

  On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

  The court finds no condition or combination of conditions that will reasonably assure:

  (A) (X) the appearance of defendant as required; and/or

  (B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant would appear as ordered.
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 5/9/14

*/s/ Patrick J. Walsh*
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE