UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: CR 06-00541-DMG  Date: September 12, 2016
Title: United States v. Emilio Prado Medina

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

AUSA Jonathan Mausner  DFPD Anne Hwang

**Proceedings:** **Minutes of Initial Appearance**

The case is called and counsel enter their appearances. The Court appoints DFPD Anne Hwang to represent defendant Emilio Prado Medina in this matter.

Defendant Prado Medina is remanded to the custody of the U.S. Marshals Service to begin serving his sentence in this supervised release revocation matter.

The Court makes a recommendation that defendant Prado Medina be housed at the Metropolitan Detention Center to be closer to family.

                                                                        :
                                        Initials of Preparer     gr